PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>David Wayne Hurst</u>    Case Number: <u>3:12-00030-01</u>

Name of Judicial Officer: <u>Honorable Kevin H. Sharp, U.S. District Judge</u>

<u>Jurisdiction transferred from Honorable Joseph M. Hood, U.S. District Judge, Eastern District of Kentucky, on February 15, 2012</u>

Date of Original Sentence: <u>October 9, 2007</u>

Original Offense: <u>18 U.S.C. § 2422(b) Use of Facility and Means of Interstate Commerce, Computer, to Entice Minor to Engage in Sexual Activity</u>

Original Sentence: <u>63 months' custody; Lifetime supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>November 22, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>    Defense Attorney: <u>To be determined</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 17 day of August, 2012,
and made a part of the records in the above case.

_____
Kevin H. Sharp
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place         Nashville, Tennessee

Date          August 16, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**             **Shall not commit another federal, state or local crime.**

On June 13, 2012, Mr. Hurst turned himself in on a warrant out of Marshall County, Tennessee, General Sessions Court. He was charged with Violation of Sex Offender Registration Laws. The Affidavit alleged that on January 30, 2012, Mr. Hurst failed to timely report to the law enforcement agency when he moved to another location as required by law. Mr. Hurst moved from Marshall County to Lawrence County on January 28, 2012. He registered as a sex offender in Lawrence County in a timely manner.

On August 7, 2012, Mr. Hurst was found guilty in Marshall County General Sessions Court of a lessor charge Attempted Sex Offender Registry. He was sentenced to 11 months and 29 days' incarceration, to serve 60 days, with the balance suspended to be served on probation. He started serving his 60 day sentence on August 13, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Other than the behavior listed in the previously filed report, on April 13, 2012, and the violation behavior listed above, the offender has been marginally compliant with the standard and special conditions of supervision. Mr. Hurst has not obtained employment since his release on supervision. On May 15, 2012, Mr. Hurst advised his treatment provider that he was choosing to leave the sex offender treatment program. Mr. Hurst was instructed to report to the probation office. After a brief conversation with the probation officer, Mr. Hurst decided it was in his best interest to return to the treatment program. He was accepted back to the program by treatment provider Dr. Donna Moore.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no further action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

The United States Attorney's office has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer